ROBERT NEARY, an Infant, by MARGARET NEARY, His Guardian ad Litem, et al., Respondents, *v.* MIDDLESEX TRANSPORTATION Co., INC., et al., Appellants.

Argued November 19, 1946; decided January 16, 1947.

*Clarence S. Zipp* and *Francis T. Lynch* for Fred J. Parisi, appellant.

*N. F. Towner, Francis Van Orman* and *Thomas A. Clarke* for Middlesex Transportation Co., Inc., appellant.

*Ralph Stout, Robert McGowan Smith* and *George N. Levine* for respondents.

As to Middlesex Transportation Co., Inc.: Judgments reversed and complaint dismissed, with costs in all courts, upon the ground that there was no evidence of wanton or reckless misconduct on the part of that defendant.

Concur: LOUGHRAN, Ch. J., LEWIS, THACHER and DYE, JJ. Dissent: CONWAY, DESMOND and FULD, JJ.

As to the defendant Fred J. Parisi: Judgment affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, THACHER and FULD, JJ. Dissenting: LEWIS and DYE, JJ.